

Entered on Docket
May 10, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

E FILED ON 5/3/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
State Bar No. 3048
7381 W. Charleston Blvd. Ste. 110
Las Vegas, NV  89117
(702) 794-0373
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
* * * * * *

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-30390-LBR |
| ALMA DeCASTRO | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | DATE:  May 3, 2010 |
| | ) | TIME:  9:30 a.m. |

ORDER RE:
MOTION TO RECONVERT CHAPTER 7 PROCEEDING TO CHAPTER 13
PROCEEDING

This matter having come on for hearing this 3rd day of May, 2010, THOMAS E. CROWE, ESQ., on behalf Debtor, having been present, proper notice having been given, and upon the arguments of counsel, it is therefore ORDERED AND DECREED:

THAT the Chapter 7 case be reconverted to a Chapter 13 proceeding under

///

///

Bankruptcy Code Title 11.

Submitted by:
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION

By/s/THOMAS E. CROWE
　THOMAS E. CROWE, ESQ.
　7381 W. Charleston Blvd.
　Suite 110
　Las Vegas, Nevada 89117
　Attorney for Debtors

**APPROVED**/DISAPPROVED

By/s/RICK A. YARNALL
　RICK A. YARNALL
　701 Bridger Ave. #820
　Las Vegas, NV 89101
　Chapter 13 Bankruptcy Trustee

___ The court has waived the requirement of approval under LR 9021.
___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
___ No parties appeared or filed written objections, and the trustee is the movant.
 X  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

###