E FILED ON 6/16/10
THOMAS E. CROWE, ESQ.
THOMAS E. CROWE PROFESSIONAL
LAW CORPORATION
tcrowelaw@yahoo.com
Nevada State Bar no. 3048
7381 W. Charleston Blvd.
Suite 110
Las Vegas, Nevada 89117
(702) 794-0373

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY NUMBER: |
| | ) | BK-S-09-30390-LBR |
| ALMA DeCASTRO | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor. | ) | Date: 8/12/10 |
| | ) | Time: 2:30 p.m. |

## NOTICE OF HEARING RE:
## MOTION TO CONVERT TO CHAPTER 11

**NOTICE IS HEREBY GIVEN** that a Motion to Convert to Chapter 11 was filed on June 16, 2010, by THOMAS E. CROWE, ESQ.. The motion seeks the following relief: an order converting the case to a Chapter 11 proceeding. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on August 12, 2010, at the hour of 2:30 p.m..

DATED this 16th day of June, 2010.

        THOMAS E. CROWE PROFESSIONAL
        LAW CORPORATION

        By /s/ THOMAS E. CROWE
        THOMAS E. CROWE, ESQ.
        7381 W. Charleston Blvd.
        Suite 110
        Las Vegas, NV  89117
        Attorney for Debtor

###